IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

IN THE MATTER OF:                                    )   Chapter 13
                                                     )
Thomas H Smith                                       )
1403 Claxton Dairy Rd                                )   Case No: 21-30117
Apt C                                                )   SSN:  XXX-XX-4188
Dublin, GA 31021                                     )

TO:  Sourcepass
     515 Broadhollow Rd
     Attn Payroll
     Melville, NY 11747

## RELEASE OF WAGES

The Notice heretofore entered in this proceeding by which the Debtor's employer was required to pay Debtor's earnings, or a portion thereof, to:

OFFICE OF THE CHAPTER 13 TRUSTEE - AUGUSTA
P.O. BOX 102173
ATLANTA, GEORGIA  30368-2173

is rescinded and the above-named employer will henceforth account directly to the employee for wages earned.

DATED September 30, 2025

_____
Huon Le
Chapter 13 Trustee

cc: Claeys McElroy Magruder & Kitchens
    Attorney At Law
    512 Telfair St
    Augusta, GA 30901